## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIGUEL RIVERA,** | ) CASE NO. |
| | ) |
| **Plaintiff,** | ) JUDGE: |
| | ) |
| v. | ) |
| | ) |
| | ) **ITW FOOD EQUIPMENT GROUP'S** |
| **HOBART CORPORATION and ITW** | ) **NOTICE OF REMOVAL** |
| **FOOD EQUIPMENT GROUP LLC,** | ) |
| | ) |
| **Defendants.** | ) |

Defendant ITW Food Equipment Group LLC ("ITW FEG")[1] hereby gives notice of removal of a civil action, Case No. 241232017E, from the Supreme Court of the State of New York, County of Bronx. Removal of this action is proper under 28 U.S.C. §§ 1441 and 1446 for the reasons set forth below.

1.    On or about May 17, 2017, Plaintiff Miguel Rivera filed his Summons and Complaint in the above-entitled civil action against ITW FEG in the Supreme Court of the State of New York, County of Bronx, Case No. 241232017E, where it is currently pending. The United States District Court for the Southern District of New York embraces this county.

2.    The Summons and Complaint were served on ITW FEG on June 5, 2017. (*See* Summons and Complaint, attached as Exhibit A.) On June 23, 2017, ITW FEG filed its Answer, Demand for Examination Before Trial, Demand for Medical Information, Demand for Statement of Damages, Demand for Verified Bill of Particulars and Demand Pursuant to CPLR 3101(d)(1) (*See* Exhibits B, C, D, E, F, and G, attached.) A motion to compel responses to discovery was filed on August 15, 2017. (*See* Exhibit H.) On August 17, 2017, plaintiff mailed certain

---

[1] This Notice of Removal is filed and served on behalf of ITW FEG and the incorrectly sued Hobart Corporation.

responses, but said that a formal response to our Demand for Damages would come under separate cover.  (See Exhibit K).  These documents constitute all process, pleadings, and orders served in the action pending in the Supreme Court of the State of New York, County of Bronx, Case No. 241232017E.

3.      The Complaint fails to set forth an ad damnum, making removal impossible due to the lack of a basis for alleging the amount in controversy.  When Plaintiff failed to respond to ITW FEG's Demand for Statement of Damages, ITW FEG attempted to engage in a good faith dialogue.  (*See* e-mail correspondence, attached as Ex. I.)

4.      On July 26, 2017, Plaintiff's counsel sent an e-mail to counsel for ITW FEG, stating a demand of $1.5 million.  (*See* e-mail from J. Paglinawan to C. Schaerf, attached as Ex. J.)  Plaintiff has refused to put this demand into a formal pleading in response to ITW FEG's Demand for Damages.  In the event the Court deems the email to constitute a "paper," ITW FEG's time to remove started on July 26, 2017, and therefore this Notice of Removal is timely filed, within thirty days of the case becoming removable.  ITW FEG does not wish to risk an untimely removal.  Additionally, because a formal response and ruling on ITW FEG's Motion to Compel will not occur before ITW FEG's time to remove has run, ITW FEG is removing now to preserve its right to remove.

5.      Plaintiff is a citizen of New York.  (*See* Complaint ¶ 1.)

6.      On January 1, 2002, ITW FEG acquired all the commercial food equipment assets of Hobart Corporation.  Hobart is a brand of ITW FEG.

7.      ITW FEG is and was at all relevant times a Delaware limited liability company. ITW FEG has five members:  FEG Investments LLC, ILC Investments Holdings Inc., ITW Mortgage Investments II, Inc., ITW Mortgage Investments III, Inc., and ITW Mortgage

PHDATA 6114931_1

Investments IV, Inc.  ITW FEG's first member, FEG Investments LLC, has one member: Hobart Corporation.  Hobart Corporation is and was at all relevant times a Delaware corporation with its principal place of business in Illinois.  Therefore, Hobart Corporation is a citizen of Delaware and Illinois. 28 U.S.C § 1332(c)(1).  ITW FEG's remaining members are and were at all relevant times Delaware corporations with their principal places of business in Illinois. Therefore, ITW FEG's remaining members are citizens of Delaware and Illinois.  *Id.*  Because the five members of ITW FEG are citizens of Delaware and Illinois, ITW FEG is a citizen of Delaware and Illinois.  *Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51 (1st Cir. 2006) (citizenship of a limited liability company is to be determined by the citizenship of its members); *Belleville Catering Co. v. Champaign Mkt. Place*, 350 F.3d 691, 692 (7th Cir. 2003) (limited liability companies are citizens of every state of which any member is a citizen); *see also C.T. Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990) (diversity jurisdiction in a suit by or against an entity other than a corporation depends on the citizenship of all the members).

8.      In Plaintiff's counsel's response to ITW FEG's Demand for Damages, Plaintiff's counsel informed ITW FEG of Plaintiff's demand for $1.5 million. (*See* Correspondence, Ex. J.) Accordingly, upon information and belief, and in good faith, the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

9.      This Court has diversity jurisdiction under 28 U.S.C. § 1332(a), as there is complete diversity of citizenship between Plaintiff and ITW FEG and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10.      By filing this Notice of Removal, ITW FEG does not intend to waive, and hereby reserves, any objection as to service, personal jurisdiction, and all other defenses.

11.      This Notice of Removal is being served on counsel for Plaintiff on this date.  ITW

FEG promptly will file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Bronx.

**WHEREFORE**, this action is hereby removed from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated: New York, New York
        August 24, 2017

SCHNADER HARRISON SEGAL & LEWIS LLP

_____
Carl J. Schaerf
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY  10005
Telephone:  (212) 973-8000
Facsimile:  (212) 973-8005
cschaerf@schnader.com

Elizabeth B. Wright
*Application to appear pro hac vice to be filed*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114
Telephone:  (216) 566-5500
Facsimile:  (216) 566-5800
elizabeth.wright@thompsonhine.com

*Attorneys for Defendant*
*ITW Food Equipment Group LLC*

PHDATA 6114931_1