UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MIGUEL RIVERA,

              Plaintiff,

-against-

HOBART CORPORATION and ITW FOOD
EQUIPMENT GROUP LLC,
              Defendants.

-----------------------------------------------------------X

17 CIVIL 6456 (JFK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2020, Defendants' motion for summary judgment is GRANTED and judgment is entered in favor of Hobart Corporation and ITW Food Equipment Group LLC; accordingly, the case is closed.

**Dated:** New York, New York
         March 11, 2020

                                  **RUBY J. KRAJICK**

                                  **Clerk of Court**

**BY:**

                                  **Deputy Clerk**